IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CV-01080-M

| | |
|---|---|
| FARM FRESH PRODUCE, INC., a North Carolina Domestic Company,<br><br>Plaintiff,<br><br>v.<br><br>PALOGIX INTERNATIONAL USA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | ORDER |

This matter comes before the court on the parties' joint motion to extend the stay in this action as they engage in binding arbitration [DE 16]. Considering the joint position of the parties, the motion is GRANTED. *See, e.g., Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Chorley Enterprises, Inc. v. Dickey's Barbecue Restaurants, Inc.*, 807 F.3d 553, 563 (4th Cir. 2015); 9 U.S.C. § 3; *Seneca Ins. Co., Inc. v. Fayetteville Cross Creek, LLC*, 528 F. Supp. 3d 397, 403–04 (M.D.N.C. 2021). These proceedings are STAYED pending resolution of the arbitration proceedings. The parties shall file a joint report every ninety (90) days informing the court of the status of the arbitration proceedings.

SO ORDERED this 21st day of April, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE